## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Gregory Bruno
                              Plaintiff,

v.                                         Case No.: 1:17−cv−02933
                                                      Honorable Matthew F. Kennelly

O'Hare Auto Body, Ltd., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 8/2/2017. Motion to withdraw as attorney [14] is granted. Attorney John William Billhorn is terminated. Motion to approve settlement [16] is terminated. Case is dismissed pursuant to settlement. Dismissal is with prejudice as to Mr. Bruno's claim. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.